```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/10/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIA CRUZ, CANDIDO CASTANO and ODALIX DE JESUS ESTEVEZ RODRIGUEZ,

        Plaintiffs,

  -against-

CARLOS ZAVALA and GATEWAY LEASING, INC.,

        Defendants.

23-CV-507 (ALC) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    The Court has received and reviewed the parties' joint status letter outlining the progress of discovery to date. (Dkt. 20.) Because the parties do not require the Court's assistance at present to resolve any discovery disputes, the status conference scheduled for October 16, 2023 is ADJOURNED to **November 16, 2023** at **11:00 a.m.** One week prior to that date, on **November 9, 2023**, the parties shall submit a joint status letter outlining the progress of discovery, as well as any settlement efforts.

Dated: New York, New York
       October 10, 2023

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**