```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _2/26/2024_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIA CRUZ, CANDIDO CASTANO and ODALIX DE JESUS ESTEVEZ RODRIGUEZ,

        Plaintiffs,

-against-

CARLOS ZAVALA and GATEWAY LEASING, INC.,

        Defendants.

23-CV-507 (ALC) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    For the reasons stated on the record during today's conference, Judge Moses will conduct a status conference on **April 22, 2024, at 10:00 a.m.**, in Courtroom 20A of the Daniel Patrick Moynihan United States Courthouse. No later than **February 15, 2024**, the parties shall submit a joint status letter outlining the progress of discovery to date and any settlement efforts. If no discovery controversies exist at that time, the parties may request that the conference be held telephonically.

Dated: New York, New York
       February 26, 2024

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**