UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARIA CRUZ, CANDIDO CASTANO, and ODALIXDE JESUS ESTEVEZ RODRIGUEZ,

                          Plaintiffs,

-against-

CARLOS ZAVALA and GATEWAY LEASING INC.,,

                          Defendants.

23-CV-00507 (MMG)

**NOTICE OF REASSIGNMENT**

---

MARGARET M. GARNETT, United States District Judge:

      This case has been reassigned to the undersigned. Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment, including the referral to Magistrate Judge Moses for all General Pretrial Purposes, including settlement. All orders, dates, and deadlines imposed by Magistrate Judge Moses likewise remain in effect, and applications concerning those matters should continue to be directed to Magistrate Judge Moses.

      All counsel must familiarize themselves with the Court's Individual Rules & Practices, which are available at https://nysd.uscourts.gov/hon-margaret-m-garnett.

Dated: March 11, 2024
       New York, New York

                                                  SO ORDERED.

                                                  MARGARET M. GARNETT
                                                  United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 03/11/2024