UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIA CRUZ, CANDIDO CASTANO and ODALIX DE JESUS ESTEVEZ RODRIGUEZ,

        Plaintiffs,

-against-

CARLOS ZAVALA and GATEWAY LEASING, INC.,

        Defendants.

23-CV-507 (ALC) (BCM)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/15/2024

**BARBARA MOSES, United States Magistrate Judge.**

    Due to a conflict in the Court's calendar, the status conference scheduled for April 22, 2024 is hereby ADJOURNED to **April 24, 2024, at 10:00 a.m.**, in Courtroom 20A of the Daniel Patrick Moynihan United States Courthouse. No later than **April 17, 2024**, the parties shall submit a joint status letter outlining the progress of discovery to date and any settlement efforts. If no discovery controversies exist at that time, the parties may request that the conference be held telephonically.

Dated: New York, New York
       March 15, 2024

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**