USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: \_4/24/2024\_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIA CRUZ, CANDIDO CASTANO and ODALIX DE JESUS ESTEVEZ RODRIGUEZ,

           Plaintiffs,

   -against-

CARLOS ZAVALA and GATEWAY LEASING, INC.,

           Defendants.

23-CV-507 (MMG) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    For the reasons discussed during today's status conference, the remaining discovery deadlines are hereby EXTENDED as follows:

1. Plaintiffs shall serve by **April 29, 2024** all expert reports that Plaintiffs have in their possession, and shall continue to serve their outstanding expert reports on a rolling basis no later than **May 29, 2024**;

2. Defendants shall serve their expert reports, on a rolling basis, no later than **June 28, 2024**;

3. The parties shall complete all expert depositions, and all discovery shall conclude, no later than **July 29, 2024**.

No further extensions will be granted absent compelling circumstances.

    Judge Moses will conduct a status conference on **July 9, 2024, at 10:00 a.m.**, in Courtroom 20A of the Daniel Patrick Moynihan United States Courthouse. No later than **July 2, 2024**, the parties shall submit a joint status letter outlining the progress of discovery to date and any settlement efforts. If no controversies exist at that time, the parties may request that the conference be held telephonically.

Dated: New York, New York
      April 24, 2024

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**

1