UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIA CRUZ, CANDIDO CASTANO and ODALIX DE JESUS ESTEVEZ RODRIGUEZ,

        Plaintiffs,

-against-

CARLOS ZAVALA and GATEWAY LEASING, INC.,

        Defendants.

23-CV-507 (MMG) (BCM)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/8/2024

**BARBARA MOSES, United States Magistrate Judge.**

On April 24, 2024, the Court ordered the parties to submit a joint status letter, no later than **July 2, 2024**, outlining the progress of discovery to date and any settlement efforts, ahead of the status conference scheduled for tomorrow, **July 9, 2024**, at **10:00 a.m.**

Despite a courtesy call from chambers on July 3, 2024, no pre-conference statement has been filed. Consequently, the parties must submit a joint status letter no later than **5:00 p.m. today**.

Dated: New York, New York
      July 8, 2024

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**

1