UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIA CRUZ, CANDIDO CASTANO and ODALIX DE JESUS ESTEVEZ RODRIGUEZ,

    Plaintiffs,

 -against-

CARLOS ZAVALA and GATEWAY LEASING, INC.,

    Defendants.

23-CV-507 (MMG) (BCM)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/9/2024

**BARBARA MOSES, United States Magistrate Judge.**

On July 9, 2024, the parties appeared for a status conference. For the reasons discussed during the conference, it is hereby ORDERED as follows:

1. The deadline for the completion of all expert depositions, and all discovery, remains **July 29, 2024**. No further extensions will be granted absent compelling circumstances, and no additional expert reports may be served.

2. To the extent defendants made an oral motion at the conference to strike plaintiffs' orthopedic expert reports for untimeliness, the motion is DENIED.

3. In accordance with the Initial Case Management Order (Dkt. 11 ¶¶ 12-13), summary judgment motions, if any, shall be filed no later than **30 days after the close of discovery** (under the current schedule, August 28, 2024). If there are no summary judgment motions, the parties' proposed joint pretrial order shall be filed no later than **30 days after the close of discovery**.

4. No later than **August 7, 2024**, the parties must advise one another whether they will be moving for summary judgment.[1] If not, they must work cooperatively to prepare the proposed joint pretrial order in a timely manner.

Dated: New York, New York
   July 9, 2024

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**

---

[1] During today's conference, the Court erroneously directed the parties to communicate this information no later than Labor Day (which would be too late). The Court regrets any confusion that may have been caused, and clarifies that the correct date is **August 7, 2024**.