```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/6/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIA CRUZ, et al.,

    Plaintiffs,

-against-

CARLOS ZAVALA, et al.,

    Defendants.

23-CV-00507 (MMG) (BCM)

**ORDER ADJOURNING SETTLEMENT CONFERENCE**

**BARBARA MOSES, United States Magistrate Judge.**

    For the reasons discussed during today's telephonic pre-settlement conference call, the settlement conference previously scheduled for March 10, 2025, is hereby ADJOURNED to **March 18, 2025, at 3:00 p.m.**, in Courtroom 20A, 500 Pearl Street, New York, NY 10007. All counsel of record must attend in person. All plaintiffs must attend in person. A representative of defendants' insurance carrier, with authority to settle this action, must attend in person. No later than **noon on Monday, March 17, 2025**, the parties must submit a confidential joint letter to chambers, by email to Moses_NYSDChambers@nysd.uscourts.gov, updating the Court on the status of their settlement negotiations.

Dated: New York, New York
       March 6, 2025

                        **SO ORDERED**.

                        _____
                        **BARBARA MOSES**
                        **United States Magistrate Judge**